# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GLENVERT GREEN,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:16-CV-2046 |
| v. | : | (Judge Caputo) |
| **USP CANNAN,** *et al.*, | : | |
| Defendants | : | |

# O R D E R

**AND NOW**, this **4th** day of **APRIL**, **2018**, upon consideration of the Defendants' Motion for Summary Judgment (ECF No. 30), and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that:

1. Defendants' Motion (ECF No. 30) for Summary Judgment is **GRANTED**.

2. Judgment is entered in favor of Defendants: Rhea Carey, Kenneth Kaiser, Michelle Syzmanski, Blake Glucksnis and Shawn Taylor; and against Glenvert Green.

3. The Clerk of Court shall **CLOSE** this file.

4. Any appeal from this Order is **DEEMED** frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

/s/ A. Richard Caputo
**A. RICHARD CAPUTO**
**United States District Judge**