# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GLENVERT GREEN,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:16-CV-2046 |
| v. | : | (Judge Caputo) |
| **USP CANNAN,** *et al.,* | : | |
| Defendants | : | |

# O R D E R

**AND NOW**, this **24th** day of **MAY**, **2018**, upon consideration of Plaintiff's Motion for Reconsideration (ECF No. 44), and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that the motion is **DENIED**.

/s/ A. Richard Caputo
**A. RICHARD CAPUTO**
**United States District Judge**